THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Isidro Martinez Juarez, Appellant.
 
 
 
 

Appeal From Anderson County
 Roger L. Couch, Circuit Court Judge
 Wyatt T. Saunders, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-506
 Submitted  October 1, 2009  Filed
November 5, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Chief, State Grand Jury
 Jennifer D. Evans, and Assistant Attorney General John K. Crout, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Isidro Martinez Juarez appeals his guilty plea for trafficking
 methamphetamine in an amount greater than twenty-eight but less than one
 hundred grams.  Juarez argues the plea court erred in accepting his guilty plea
 because there was no factual basis for the plea.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.